

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:                01-16-00456-CV

Style:                       George E. Carroll

                             **v.** Discover Bank

Date motion filed*:          July 15, 2015

Type of motion:              First motion for extension of time to file appellant's brief

Party filing motion:         Appellant

Document to be filed:

Is appeal accelerated?       No

If motion to extend time:
    Original due date:
    Number of previous extensions granted:         Current Due date:
    Date Requested:

Ordered that motion is:

    ☐    Granted

        If document is to be filed, document due:

        ☐    The Court will not grant additional motions to extend time absent extraordinary circumstances.

    ☐    Denied

    ☒    **Dismissed**

    ☐    Other: _____

    A clerk's record was filed in this appeal on June 20, 2016, but a reporter's record has not been filed. Because the appellate record is not complete, appellant's brief is not due. *See* TEX. R. APP. P. 34.1(providing appellate record consists of clerk's record and, if necessary to appeal, reporter's record); 38.6 (providing date to file appellant's brief is later of date clerk's record or reporter's record was filed). **Accordingly, appellant's motion is dismissed as moot.**

    Nothing in the July 6, 2016 Memorandum Order of Referral to Mediation modifies the timetables in the Texas Rules of Appellate Procedure regarding the appellate record and briefs.

Judge's signature:    /s/ Russell Lloyd
        ☑    Acting individually    ☐    Acting for the Court

Date: July 21, 2016